UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ERICK IVAN CROFT #10474-273** | **CASE NO. 1:22-CV-01701 SEC. P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 7] previously filed herein, and having thoroughly reviewed the record, including the written objection [Doc. No. 8] filed by Plaintiff Erick Ivan Croft, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Plaintiff cannot meet the requirement of the savings clause, his Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction, **WITH PREJUDICE** as to the jurisdictional issue and **WITHOUT PREJUDICE** as to the merits of his claim.

**THUS, DONE AND SIGNED** at Monroe, Louisiana, this the 20th day of September 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**